TWIN CITY FIRE INSURANCE COMPANY et al., Appellants, v ARCH INSURANCE GROUP, INC., et al., Respondents.

Submitted February 27, 2017; decided May 9, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

(April 1, 2017 through April 30, 2017)

| People v Abbott | 4th Dept: 147 AD3d 1341 (Erie) | denied 4/20/17 (Garcia, J.) |
| --- | --- | --- |
| People v Aleynikov | 1st Dept: 148 AD3d 77 (NY) | granted 4/20/17 (Fahey, J.) |
| People v Amelio | App Term, 1st Dept: 54 Misc 3d 133(A) (NY) | denied 4/28/17 (Fahey, J.) |